People of the State of Illinois, Plaintiff-Appellee, v. Burnie W. Reynolds, Defendant-Appellant.

Gen. No. 53,749. (Abstract of Decision.)

First District, Third Division.

April 16, 1970.

Gerald W. Getty, Public Defender of Cook County, of Chicago, for appellant; Edward V. Hanrahan, State's Attorney of Cook County, of Chicago, for appellee. Opinion by JUSTICE SCHWARTZ. Not to be published in full.